

ENTERED
12/31/2019

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BBB Group, Inc., dba | § | Case No. 19-10702 |
| Bailey Banks and Biddle | § | |
| | § | |
| Debtor | § | CHAPTER 11 |

### AGREED ORDER DISMISSING CASE WITH PREJUDICE TO REFILING FOR 180 DAYS
**(Relates to Docket #s 18 and 20)**

On this date, the Court considered the Second Motion of Spring Branch Independent School District and the City of Houston to Dismiss Case or Convert the Case to a Case Under Chapter 7 Pursuant to 11 U.S.C. § 1112 of the Bankruptcy Code and the Joinder thereto of Harris County, Dallas County, Montgomery County, and Cypress-Fairbanks ISD (together the "Motions").

The Court considered the contents of the Court's file, the pleadings, and the agreement of the undersigned counsel that the case be dismissed with prejudice to refiling for 180 days. The Court finds that no objections or responses to the Motions have been filed aside from the aforementioned joinder. The Court hereby finds that good cause exists to dismiss this case with prejudice to refiling for 180 days, it is therefore,

ORDERED that this case is dismissed with prejudice to refiling for 180 days in this or any other bankruptcy court without express approval from this Court in the form of an order.

Signed: December 31, 2019

_____
Jeffrey P. Norman
United States Bankruptcy Judge

Approved:

| | |
|---|---|
| *Jesse Aguinaga* | *Tara Grundemeier* |
| Jesse Aguinaga | Tara Grundemeier |
| Counsel for the Debtor | Counsel for Harris County, Montgomery |
| BBB Group, Inc. dba | County, Dallas County, and Cypress- |
| Bailey Banks and Biddle | Fairbanks ISD |

*Melissa E. Valdez*
Melissa E. Valdez
Counsel for Spring Branch ISD
and the City of Houston