Fill in this information to identify the case:

Debtor Name **BBB Group Inc dba Barley Banks and Biddle**

United States Bankruptcy Court for the: **Southern** District of **Texas**

Case number: **19-36260**

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: **December**

Date report filed: **1-10-2020**
MM / DD / YYYY

Line of business: _____

NAISC code: **448310**

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: **J. Aguinaga, Esq.**

Original signature of responsible party: _[signature]_

Printed name of responsible party: **J. Aguinaga, Esq.**

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☒ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☒ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☒ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☒ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☒ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☒ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☒ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☒ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☒ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name **BBBGroup Inc dba Bailey Bank and Biddle**    Case number **19-36260**

17. Have you paid any bills you owed before you filed bankruptcy?   ☒ ☐ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☒ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ **42.69**

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ **54481.79**

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    -$ **54481.79**

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    +$ **0**

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    =[$ **89.34**]

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ **0**

    *(Exhibit E)*

Debtor Name **BBB Group Inc dba Bailey Bank and Biddle**     Case number **19-36260**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ **0**

    (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?   **2**
27. What is the number of employees as of the date of this monthly report?   **0**

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ **0**
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ **0**
30. How much have you paid this month in other professional fees?   $ **0**
31. How much have you paid in total other professional fees since filing the case?   $ **0**

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected | − | Column B<br>Actual | = | Column C<br>Difference |
|---|---|---|---|---|---|
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. Cash receipts | $ 0 | − | $ 0 | = | $ 0 |
| 33. Cash disbursements | $ 0 | − | $ 0 | = | $ 0 |
| 34. Net cash flow | $ 0 | − | $ 0 | = | $ 0 |

35. Total projected cash receipts for the next month:   $ **0**
36. Total projected cash disbursements for the next month:   − $ **0**
37. Total projected net cash flow for the next month:   = $ **0**

Debtor Name __BBB Group Inc dba Bailey Banks and Biddle__    Case number __19-36260__

### 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

```
                                                       STATEMENT ISSUED

                                                       PAGE 1


            BBB GROUP INC
            DBA BAILEY BANKS AND BIDDLE
            OPERATING ACCOUNT
            12850 MEMORIAL DR #1130
            HOUSTON TX  77024

      Interested in accepting in-store, online or mobile credit
      and debit card payments? Frost Merchant Services can help.
      Contact Customer Service at (888) 481-0336 to get started.
```

| FROST BUSINESS CHECKING : | | ACCOUNT NO: | ▆▆▆▆2778 | |
|---|---|---|---|---|
| | DEPOSITS | | WITHDRAWALS | |
| BAL LAST STATEMENT | NO. | AMOUNT | NO. | AMOUNT | BAL THIS STATEMNT |
| 42.69 | 9 | 54,481.79 | 29 | 54,613.82 | 89.34- |

```
            Activity Items Processed        26              Cash Process

------------------------------ DEPOSITS/CREDITS -----------------------------

DATE    TRANSACTION              AMOUNT | DATE   TRANSACTION           AMOUNT

12-19   TELLER DEPOSIT         4,530.00 |

DATE           AMOUNT  TRANSACTION       DESCRIPTION

12-02          282.73  ELECTRONIC DEPOSIT shopify TRANSFER ST-N9E2P5R7B9
                                          U1
12-03        1,656.04  ELECTRONIC DEPOSIT shopify TRANSFER ST-D0Q6E7F5T2
                                          D8
12-04          387.98  ELECTRONIC DEPOSIT shopify TRANSFER ST-U8P6Q0B1C5
                                          G8
12-05       18,751.16  WIRE TRANSFER      FROST BANK WIRE INCOMING 04991

12-06        1,761.06  DEBIT REVERSAL     shopify TRANSFER ST-M4F7W4W9C2
                                          D6
12-06       19,357.17  ELECTRONIC         Shopify TRANSFER ST-X2X8V8Z9P1
                                          F9
12-19        7,295.00  WIRE TRANSFER      FROST BANK WIRE INCOMING 04696

12-31          460.65  DEBIT REVERSAL
```

```
12-19            233.96  ELECTRONIC DEBIT   COMCAST 8777703 194893825 3 743
                                            029
12-19              .00  INTERNET CHK COPY
12-20         11,783.42  ELECTRONIC DEBIT   OASISINVBATCH INVOICE 17904H03
                                            172992
12-23             43.27  ELECTRONIC DEBIT   HOUSTON CARD
                                            : 4153803


         < I>      12-31-2019
                                                     STATEMENT ISSUED

                                                           PAGE 2


              BBB GROUP INC
```

---

FROST BUSINESS CHECKING :            ACCOUNT NO.    ●●2778    (CONTINUED)

---

-------------------------------- OTHER WITHDRAWALS/DEBITS ----------------------
DATE            AMOUNT  TRANSACTION         DESCRIPTION

```
12-23             54.00  DEBIT CARD PURCHAS  KROGER FUEL #7739 HOUSTON CARD
                                             : 4153803
12-26             44.26  DEBIT CARD RECURRI  RINGCENTRAL, INC 650-4724100 C
                                             ARD: 4153803
12-26             46.05  DEBIT CARD PURCHAS  RINGCENTRAL, INC 650-4724100 C
                                             ARD: 4153803

12-26             35.00  OVERDRAFT FEE
12-30            460.65  ELECTRONIC DEBIT    COMCAST 8777703 194603778 1333
                                             004
12-30             35.00  OVERDRAFT FEE
12-31              9.00  SERVICE CHARGE/FEE  MONTHLY SERVICE CHARGE
```

-------------------------------- DAILY BALANCE ---------------------------------

| DATE  | BALANCE    | DATE  | BALANCE   | DATE  | BALANCE     |
|-------|------------|-------|-----------|-------|-------------|
| 11-29 | 42.69      | 12-09 | 8,437.78  | 12-19 | 11,960.66   |
| 12-02 | 325.42     | 12-10 | 7,227.13  | 12-20 | 177.24      |
| 12-03 | 481.46     | 12-11 | 6,152.13  | 12-23 | 79.97       |
| 12-04 | 19.44      | 12-12 | 2,552.13  | 12-26 | 45.34    O  |
| 12-05 | 13,259.54  | 12-16 | 1,494.86  | 12-30 | 540.99   O  |
| 12-06 | 14,823.23  | 12-17 | 369.62    | 12-31 | 89.34    O  |

```
------------------------------- CHECKS PAID -------------------------------
   DATE      CHECK              AMOUNT    |  DATE       CHECK           AMOUNT
   12-10                #        750.00   |

   12-17                #        541.87   |
# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK


----------------------------- OTHER WITHDRAWALS/DEBITS ----------------------

DATE            AMOUNT    TRANSACTION         DESCRIPTION

12-03         1,500.00    WIRE TRANSFER       FROST BANK WIRE OUT 00717
12-04           850.00    WIRE TRANSFER       FROST BANK WIRE OUT 05086

12-05         1,761.06    ELECTRONIC DEBIT    shopify TRANSFER ST-M4F7W4W9C2
                                              D6

12-06         9,304.54    ELECTRONIC DEBIT    OASISINVBATCH INVOICE 17904H03
                                              160804
12-09           582.04    DEBIT CARD PURCHAS  AT&T *PAYMENT 800-288-2020 CAR
                                              D: 4153803
12-09           350.89    DEBIT CARD PURCHAS  INSTACART HTTPSINSTACAR CARD:
                                              4153803
12-09           159.90    DEBIT CARD RECURRI  Intuit *QuickBooks 800-446-884
                                              8 CARD: 4153803
12-09            42.62    DEBIT CARD PURCHAS  HOUSTON CA RD: 4153803

12-09         5,250.00    TELLER WITHDRAWAL   CASHIERS CHECK
12-10           750.00    ELECTRIC CHECK      FROST FEES
12-10           460.65    ELECTRONIC DEBIT    COMCAST 8777703 RETRY PYMT 668
                                              2793
12-11         1,075.00    WIRE TRANSFER       FROST BANK WIRE OUT 04383
12-12         3,600.00    ELECTRONIC DEBIT    COZY Company ST-C7D0Y4R6X3C5
12-16            57.27    DEBIT CARD PURCHAS  AT&T *PAYMENT 800-288-2020 CAR
                                              D: 4153803

12-16           500.00    ELECTRONIC DEBIT    COMCAST 8777703 RETRY PYMT 668
                                              2793

12-16           500.00    ELECTRONIC DEBIT    COMCAST 8777703 RETRY PYMT 668
                                              2793

12-17            41.50    ELECTRONIC DEBIT    AT&T *PAYMENT 800-288-2020 CAR
                                              D: 4153803

12-17           541.87    ANALYSIS CHARGE     ACCOUNT ACTIVITY FOR PREVIOUS
                                              BILLING PERIOD
```

< I > 12-31-2019

##,END,000147